Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Texas

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Metroplex Recovery, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Metroplex Recovery<br>DFW Towing & Recovery<br>Metroplex Locksmith |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 0 – 0 7 8 9 2 6 8 |

**4. Debtor's address**

**Principal place of business**

2003 W. Arkansas Lane
Number       Street

Pantego, TX 76013
City                                State        ZIP Code

Tarrant
County

**Mailing address, if different from principal place of business**

Number       Street

City                                State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                                State        ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://metroplexlocksmith.com/ |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5 6 1 6</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District <u>Northern District of Texas</u> When <u>7/21/2023</u> Case number <u>23-42110</u>
                                               MM / DD / YYYY

     District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

     District _____ When _____
                                   MM / DD / YYYY

     Case number, if known _____

Debtor   <u>Metroplex Recovery, LLC</u>                                 Case number *(if known)* _____
              Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>          Number      Street<br><br>_____<br>City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99          ☐ 1,000-5,000    ☐ 5,001-10,000     ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                              ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                      ☐ $1,000,001-$10 million            ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000              ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000            ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million            ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor     Metroplex Recovery, LLC
_____          Case number (if known) _____
Name

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/01/2023
            MM/ DD/ YYYY

X  /s/ Adrian Torres                                    Adrian Torres
Signature of authorized representative of debtor        Printed name

Title          Managing Member

**18. Signature of attorney**

X  /s/ Jim Morrison                           Date  09/01/2023
Signature of attorney for debtor                    MM/ DD/ YYYY

Jim Morrison
Printed name

Lee Law Firm, PLLC
Firm name

8701 Bedford Euless Rd 510
Number      Street

Hurst                                TX        76053
City                                 State     ZIP Code

(469) 646-8995                       jmorrison@leelawtx.com
Contact phone                        Email address

14519050                             TX
Bar number                           State

# United States Bankruptcy Court
## Northern District of Texas

In re    **Metroplex Recovery, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    _____**11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Metroplex Recovery, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**09/01/2023**_____            _____**/s/ Jim Morrison**_____
Date

**Jim Morrison**
Signature of Attorney or Litigant
Counsel for ____**Metroplex Recovery, LLC**____
**Bar Number: 14519050**
**Lee Law Firm, PLLC**
**8701 Bedford Euless Rd 510**
**Hurst, TX 76053**
**Phone: (214) 440-1414**
**Email: jmorrison@leelawtx.com**

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re   METROPLEX RECOVERY, LLC _____      Case No. _____

                    Debtor                        Chapter   11 _____

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Adrian Torres, declare under penalty of perjury that I am the Managing Member of METROPLEX RECOVERY, LLC, and that the following is a true and correct copy of the resolutions adopted by said Limited Liability Company (LLC) at a special meeting duly called and held on the 1st day of September, 2023.

"WHEREAS, it is in the best interest of this Limited Liability Company (LLC) to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT, THEREFORE, RESOLVED that Adrian Torres, Managing Member of this Limited Liability Company (LLC), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company (LLC); and

BE IT FURTHER RESOLVED that Adrian Torres, Managing Member of this Limited Liability Company (LLC) is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company (LLC), and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company (LLC) in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED that Adrian Torres, Managing Member of this Limited Liability Company (LLC) is authorized and directed to employ Christopher M. Lee, attorney and the law firm of Lee Law Firm, PLLC to represent the Limited Liability Company (LLC) in such bankruptcy case."

Date:   September 1, 2023 _____      Signed:   /s/ Adrian Torres _____

                                                    Adrian Torres

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | Metroplex Recovery, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CIT First Citizens Bank P.O. Box 856502 Minneapolis, MN 55485 | | Equipment Loan | | | | $160,000.00 |
| 2 | CIT First Citizens Bank P.O. Box 856502 Minneapolis, MN 55485 | | Equipment Loan | | | | $74,602.00 |
| 3 | Exxon Mobile P.O. Box 6293 Carol Stream, IL 60197 | | | | | | $8,669.00 |
| 4 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7340 | | | | | | $5,468.00 |
| 5 | Legend Advance Funding II LLC 10 W 37th St Rm 602 800 Brickell Ave 902 Miami, FL 33131 | | | | | | $127,028.00 |
| 6 | Mercedes Benz Financial 5450 N Cumberland Ave Chicago, IL 60656 | | | Contingent | $59,707.00 | $28,597.00 | $31,110.00 |
| 7 | Mercedes Benz Financial 5450 N Cumberland Ave Chicago, IL 60656 | | | Contingent | $59,707.00 | $30,745.00 | $28,962.00 |
| 8 | Mercedes Benz Financial 5450 N Cumberland Ave Chicago, IL 60656 | | | Contingent | $37,364.00 | $24,884.00 | $12,480.00 |

| Debtor | Metroplex Recovery, LLC | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 9  Mercedes Benz Financial 5450 N Cumberland Ave Chicago, IL 60656 | | | Contingent | $37,547.00 | $29,000.00 | $8,547.00 |
| 10  Mercedes Benz Financial 5450 N Cumberland Ave Chicago, IL 60656 | | | Contingent | $35,640.00 | $29,545.00 | $6,095.00 |
| 11  Mercedes Benz Financial 5450 N Cumberland Ave Chicago, IL 60656 | | | Contingent | $27,810.00 | $24,377.00 | $3,433.00 |
| 12  Mercedes Benz Financial 5450 N Cumberland Ave Chicago, IL 60656 | | | Contingent | $27,727.00 | $25,000.00 | $2,727.00 |
| 13  National Funding 9530 Towne Centre Dr San Diego, CA 92121 | | MCA | | | | $111,470.00 |
| 14  Peac Solutions P.O. Box 13604 Philadelphia, PA 19101 | | Software purchase | | | | $127,640.00 |
| 15  Sun Valley Industrial Park, LP 4900 Sun Valley Drive Fort Worth, TX 76102 | | | | | | $103,165.00 |
| 16  US Department of the Treasury PO Box 830794 Birmingham, AL 35283-0794 | | | | | | $27,020.00 |
| 17  US Department of the Treasury PO Box 830794 Birmingham, AL 35283-0794 | | | | | | $13,367.00 |
| 18  US Dept of Treasury SBA P.O. Box 97901 Saint Louis, MO 63197 | | | | | | $1,836,900.00 |
| 19  Wide Merchant Capital 300 Delaware Ave 210 Wilmington, DE 19801 | | | | | | $68,393.00 |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**    Metroplex Recovery, LLC

Case No. _____

**Debtor**    Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................................    $11,262.00

Prior to the filing of this statement I have received ...............................................................................    $11,262.00

Balance Due ........................................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/01/2023 | /s/ Jim Morrison |
|---|---|
| *Date* | Jim Morrison |
| | *Signature of Attorney* |

Bar Number: 14519050
Lee Law Firm, PLLC
8701 Bedford Euless Rd 510
Hurst, TX 76053
Phone: (214) 440-1414

Lee Law Firm, PLLC
*Name of law firm*

---

Date:   09/01/2023                              /s/ Adrian Torres

**Adrian Torres**

Jim Morrison
State Bar No. 14519050
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
ECF@LeeLawTX.com
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
Telephone: 469-646-8995
Facsimile:  469-694-1059
PROPOSED ATTORNEYS FOR DEBTOR

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| METROPLEX RECOVERY, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### DEBTOR'S BALANCE SHEET

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    The Debtor's most recent Balance Sheet is attached hereto.

Dated: September 7, 2023                    Respectfully submitted,

                                               /s/ Jim Morrison
                                               Jim Morrison
                                               State Bar No. 14519050
                                               Christopher M. Lee
                                               State Bar No. 24041319
                                               Eric A. Maskell
                                               State Bar No. 24041409
                                             ECF@LeeLawTX.com
                                             LEE LAW FIRM, PLLC
                                             8701 Bedford Euless Rd, Ste 510
                                             Hurst, TX 76053
                                             Telephone:    469-646-8995
                                             Facsimile:    469-694-1059
                                             PROPOSED ATTORNEY FOR DEBTOR

# Metroplex Locksmith

## Balance Sheet

As of August 28, 2023

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| CHASE 7977 | -45,852.39 |
| Chase Business Account 3730 | 0.00 |
| Chase Business Account 8137 | -5,333.57 |
| Chase Savings 4604 | 250,657.64 |
| Checking chase 6275 | 0.00 |
| QuickBooks Checking Account | 3,110.74 |
| **Total Bank Accounts** | **$202,582.42** |
| Accounts Receivable | |
| Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Inventory Asset | -543.97 |
| Payroll Refunds | -100,722.66 |
| Uncategorized Asset | -126.19 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$ -101,392.82** |
| **Total Current Assets** | **$101,189.60** |
| Fixed Assets | |
| Autos & Trucks | |
| 2019 Ford f350 KEF77041 | 85,400.37 |
| 2019 Ford Transit Connect K1392366 | 28,248.72 |
| 2019 Ford Transit Connect K1397395 | 28,935.64 |
| 2020 Ford Transit Connect L1455014 | 31,734.22 |
| 2021 Mercedes Benz Metris M3856801 M3861234 | 86,734.81 |
| 2021 Mercedes-Benz Metris M381652 | 39,293.73 |
| 2021 Mercedes-Benz Metris M3846204 | 41,675.88 |
| 2021 Mercedes-Benz Metris M3855402 | 43,170.11 |
| 2021 Mercedes-Benz Sprinter PG07396793 | 47,773.51 |
| 2022 Mercedes Benz AMG GLE 53C NA742977 | 96,884.10 |
| 2022 Mercedes-Benz Metris N3963740 | 43,414.77 |
| 2022 Mercedes-Benz Metris N3967701 | 51,231.80 |
| 2022 Mercedes-Benz Metris N4118053 | 53,646.20 |
| 2022 Mercedes-Benz Sprinter | 56,038.07 |
| **Total Autos & Trucks** | **734,181.93** |
| **Total Fixed Assets** | **$734,181.93** |

# Metroplex Locksmith

## Balance Sheet

As of August 28, 2023

| | TOTAL |
|---|---|
| Other Assets | |
| Security Deposit | 8,162.33 |
| **Total Other Assets** | **$8,162.33** |
| **TOTAL ASSETS** | **$843,533.86** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Citi 1483 | 4,161.02 |
| Citi 1664 | 691.20 |
| Citi 2841 | 2,739.63 |
| Citi 2994 | 15,767.31 |
| Citi 3036 | 0.00 |
| Credit Card BOA 5727 | 0.00 |
| Credit Card Capital One - 6686/9358 | 1,591.84 |
| Credit Card Citi 5526 | -33,821.55 |
| Credit Card Dell | -902.17 |
| Discover Credit Card 6569 | 14,438.17 |
| **Total Credit Cards** | **$4,665.45** |
| Other Current Liabilities | |
| Direct Deposit Payable | 2,305.84 |
| Payroll Liabilities | -106.40 |
| Child Support Withholding | 179.57 |
| Federal Taxes (941/944) | 30,930.76 |
| Federal Unemployment (940) | 1,097.26 |
| TX Unemployment Tax | -3,910.32 |
| **Total Payroll Liabilities** | **28,190.87** |
| Sales Tax Agency Payable | -8,032.74 |
| Sales tax payable | 0.00 |
| Unearned Revenue | 0.00 |
| **Total Other Current Liabilities** | **$22,463.97** |
| **Total Current Liabilities** | **$27,129.42** |

# Metroplex Locksmith

## Balance Sheet

As of August 28, 2023

| | TOTAL |
|---|---|
| Long-Term Liabilities | |
| Auto Loan | 0.00 |
| 2019 Ford f350 KEF77041 $1561.65 | 20,400.55 |
| 2019 Ford Transit Connect K1392366 $593.19 | 14,677.65 |
| 2019 Ford Transit Connect K1397395 $607.61 | 15,034.74 |
| 2020 Ford Transit Connect L1455014 $578.81 | 19,200.39 |
| 2021 Mercedes Benz Metris M3856801 M3861234 $1556.48 | 51,373.94 |
| 2021 Mercedes-Benz Metris M381652 $705.14 | 26,403.41 |
| 2021 Mercedes-Benz Metris M3846204 $799.64 | 36,878.04 |
| 2021 Mercedes-Benz Metris M3855402 $774.70 | 28,233.00 |
| 2021 Mercedes-Benz Sprinter MT044235 $917.77 | 39,805.09 |
| 2022 Mercedes-Benz Metris N3963740 $778.74 | 33,742.33 |
| 2022 Mercedes-Benz Metris N3967701 $770.53 | 40,109.45 |
| 2022 Mercedes-Benz Metris N4118053 $810.77 | 37,924.03 |
| 2022 Mercedes-Benz Sprinter $868.45 | 37,958.92 |
| Mercedes Benz AMG GLE 53C NA742977 $1625.52 | 24,256.44 |
| **Total Auto Loan** | **425,997.98** |
| Loan Affirm Generator | 0.00 |
| Loan Direct Capital | -17,084.40 |
| Loan Direct Capital 3 | -3,433.29 |
| Loan Direct Capital 30k monthly $780.22 | 36.21 |
| Loan Legend Advance Funding | -800.00 |
| Loan Marlin Buisiness Capital  553.48 | -5,488.56 |
| Loan Marlin Buisiness Capital $2769.23 | -7,995.47 |
| Loan National Funding Loan | 48,855.84 |
| Loan Payable | 0.00 |
| Loan PPP | 36,057.00 |
| Loan PPP 2 | 91,107.00 |
| Loan SBA | 1,836,900.00 |
| Loan Wide Merchant | -5,353.35 |
| **Total Long-Term Liabilities** | **$2,398,798.96** |
| **Total Liabilities** | **$2,425,928.38** |
| Equity | |
| Drawings by Owner | -455,284.74 |
| Opening Balance Equity | -768,153.43 |
| Owner's Equity | -28,497.86 |
| Owner's Equity - Contribution | 363,348.48 |
| Retained Earnings | -566,664.54 |
| Temp/Perm Tax Difference | 3,894.51 |
| Net Income | -131,036.94 |
| **Total Equity** | **$ -1,582,394.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$843,533.86** |

Jim Morrison
State Bar No. 14519050
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
ECF@LeeLawTX.com
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
Telephone: 469-646-8995
Facsimile:  469-694-1059
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| METROPLEX RECOVERY, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### DEBTOR'S STATEMENT OF OPERATIONS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    The Debtor's most recent Statement of Operations is attached hereto.

Dated: September 7, 2023               Respectfully submitted,

                                      /s/ Jim Morrison
                                      Jim Morrison
                                      State Bar No. 14519050
                                      Christopher M. Lee
                                      State Bar No. 24041319
                                      Eric A. Maskell
                                        State Bar No. 24041409
                                      ECF@LeeLawTX.com
                                      LEE LAW FIRM, PLLC
                                      8701 Bedford Euless Rd, Ste 510
                                      Hurst, TX 76053
                                      Telephone:    469-646-8995
                                      Facsimile:    469-694-1059
                                      PROPOSED ATTORNEY FOR DEBTOR

# Metroplex Locksmith

## Profit and Loss

July 1, 2022 - July 1, 2023

|  | TOTAL |
|---|---|
| Income |  |
| 1 - Locksmith Services | 3,800.00 |
| Refunds-Allowances | -55.00 |
| Sales of Product Income | 1,577,575.90 |
| **Total Income** | **$1,581,320.90** |
| Cost of Goods Sold |  |
| Cost of Goods Sold | 45,828.93 |
| Discount Key Codes | 1,676.00 |
| Equipment & Supplies | 7,841.35 |
| Instacode | 1,226.36 |
| Key codes Chrysler | 870.65 |
| Key codes Ford | 675.22 |
| Key codes GM | 3,003.50 |
| Key codes Honda | 375.00 |
| Key codes Hyundai | 816.14 |
| Key codes Mitsubishi | 1,163.74 |
| Key codes Volkswagen | 10,703.20 |
| Key Costs | 254,220.46 |
| Kia key codes | 503.70 |
| Toyota Key Codes | 1,324.51 |
| Volvo key codes subscriptions | 7,478.48 |
| **Total Cost of Goods Sold** | **337,707.24** |
| Non-Deductible Expense |  |
| Auto Expense | 170.31 |
| Fuel - Vehicle(s) | 61,592.69 |
| Insurance - Vehicle(s) | 27,891.60 |
| Repair/Maintenance/Registration - Vehicle(s) | 16,823.77 |
| **Total Non-Deductible Expense** | **106,478.37** |
| **Total Cost of Goods Sold** | **$444,185.61** |
| **GROSS PROFIT** | **$1,137,135.29** |
| Expenses |  |
| Exempt Wages - Contractor Feesor | 205,072.53 |
| Fuel - Vehicle(s)l | 144.37 |
| Overhead |  |
| Advertising | 355,255.36 |
| Bank Charges | 2,603.65 |
| Late Fee/ Service Fee/Insurance Charge | 4,183.95 |
| **Total Bank Charges** | **6,787.60** |

# Metroplex Locksmith

## Profit and Loss

July 1, 2022 - July 1, 2023

|  | TOTAL |
|---|---|
| Computer Expense | 1,159.21 |
|   Software Expense | 46,655.11 |
|     GPS Monitoring Software | 2,942.60 |
|   **Total Software Expense** | **49,597.71** |
| **Total Computer Expense** | **50,756.92** |
| Dues & Subscriptions | 278.67 |
| Equipment Rental | 923.77 |
| Legal & Professional Fees | 35,957.99 |
| Meals and Entertainment 50% | 548.35 |
|   Meals & Entertainment 100% | 26,173.20 |
| **Total Meals and Entertainment 50%** | **26,721.55** |
| Merchant Processing | -0.31 |
| Monitoring System | 41,779.46 |
| Office Expense & Supplies | 37,427.09 |
|   Employees schedule software (WHEN I WORK) | 413.53 |
|   Office schedule software (TIMELY) | 2,702.65 |
| **Total Office Expense & Supplies** | **40,543.27** |
| Other Miscellaneous Service Cost | 1,600.00 |
| Postage and Delivery | 13,512.63 |
| Promotional | 138.66 |
| Purchases | 750.00 |
| Rent or Lease | 99,141.28 |
| Repair & Maintenance | 43,194.50 |
| Taxes & Licenses | 1,937.66 |
| Telephone | 9,689.49 |
|   Internet and TV Service | 29,780.66 |
| **Total Telephone** | **39,470.15** |
| Towing & Transport Services | 2,209.70 |
| Transportation Fees | 1,350.00 |
| Travel Expenses | 16,475.00 |
|   Lodging | 32,160.81 |
|   Toll & Parking | 12,552.24 |
|   Transportation | 691.26 |
|   Travel Meals | 784.87 |
| **Total Travel Expenses** | **62,664.18** |
| Uniforms | 1,223.63 |
| Utilities | 9,625.40 |
| **Total Overhead** | **835,822.07** |

# Metroplex Locksmith

## Profit and Loss

July 1, 2022 - July 1, 2023

| | TOTAL |
|---|---:|
| Payroll Expenses | 77,885.23 |
| Exempt Wages - Contractor Fees | 107,897.79 |
| Guaranteed Payments | 850.00 |
| Non-Exempt Wages | 671.00 |
| Field Technicians | 946.76 |
| Management | 75,157.20 |
| **Total Non-Exempt Wages** | **76,774.96** |
| Payroll Taxes | |
| Federal Taxes SSN & Medicare (941/944) | 4,558.27 |
| **Total Payroll Taxes** | **4,558.27** |
| Taxes | 7,686.11 |
| Federal Taxes (941/944) | 80,706.76 |
| Federal Unemployment (940) | 850.33 |
| TX Unemployment Tax | 545.32 |
| **Total Taxes** | **89,788.52** |
| Wages | 635,311.95 |
| workers compensation fees | 705.65 |
| **Total Payroll Expenses** | **993,772.37** |
| QuickBooks Payments Fees | 110.45 |
| Uncategorized Expense | 126,893.18 |
| Utilities | 540.17 |
| **Total Expenses** | **$2,162,355.14** |
| **NET OPERATING INCOME** | **$ -1,025,219.85** |
| Other Income | |
| Cash Back Reward Credit Card | -82.26 |
| Other Income | 9.56 |
| **Total Other Income** | **$ -72.70** |
| Other Expenses | |
| Auto Expense | 1,812.47 |
| **Total Other Expenses** | **$1,812.47** |
| **NET OTHER INCOME** | **$ -1,885.17** |
| **NET INCOME** | **$ -1,027,105.02** |

Jim Morrison
State Bar No. 14519050
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
ECF@LeeLawTX.com
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
Telephone: 469-646-8995
Facsimile:  469-694-1059
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| METROPLEX RECOVERY, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## DEBTOR'S CASH FLOW STATEMENT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    The Debtor's most recent Cash Flow Statement is attached hereto.

Dated: September 7, 2023

Respectfully submitted,

/s/ Jim Morrison
Jim Morrison
State Bar No. 14519050
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
ECF@LeeLawTX.com
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
Telephone:    469-646-8995
Facsimile:    469-694-1059
PROPOSED ATTORNEY FOR DEBTOR

# Metroplex Locksmith

## Profit and Loss

### January 1 - July 1, 2023

| | TOTAL |
|---|---|
| Income | |
| 1 - Locksmith Services | 3,800.00 |
| Refunds-Allowances | -55.00 |
| Sales of Product Income | 537,828.53 |
| **Total Income** | **$541,573.53** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 42,464.27 |
| Discount Key Codes | 635.00 |
| Equipment & Supplies | 1,128.86 |
| Instacode | 453.22 |
| Key codes Chrysler | 109.95 |
| Key codes Ford | 271.64 |
| Key codes GM | 966.35 |
| Key codes Honda | 75.00 |
| Key codes Mitsubishi | 624.19 |
| Key codes Volkswagen | 1,881.44 |
| Key Costs | 109,313.21 |
| Kia key codes | 98.00 |
| Toyota Key Codes | 205.69 |
| Volvo key codes subscriptions | 2,376.24 |
| **Total Cost of Goods Sold** | **160,603.06** |
| Non-Deductible Expense | |
| Auto Expense | 96.31 |
| Fuel - Vehicle(s) | 19,045.67 |
| Insurance - Vehicle(s) | 10,442.59 |
| Repair/Maintenance/Registration - Vehicle(s) | 3,693.36 |
| **Total Non-Deductible Expense** | **33,277.93** |
| **Total Cost of Goods Sold** | **$193,880.99** |
| **GROSS PROFIT** | **$347,692.54** |
| Expenses | |
| Exempt Wages - Contractor Feesor | 114,529.72 |
| Fuel - Vehicle(s)I | 144.37 |
| Overhead | |
| Advertising | 111,176.85 |
| Bank Charges | 2,527.48 |
| Late Fee/ Service Fee/Insurance Charge | 2,945.71 |
| **Total Bank Charges** | **5,473.19** |
| Computer Expense | 1,159.21 |
| Software Expense | 31,377.44 |
| **Total Computer Expense** | **32,536.65** |

# Metroplex Locksmith

## Profit and Loss

January 1 - July 1, 2023

| | TOTAL |
|---|---|
| Dues & Subscriptions | 104.03 |
| Equipment Rental | 10.69 |
| Legal & Professional Fees | 14,095.70 |
| Meals and Entertainment 50% | 504.09 |
| Meals & Entertainment 100% | 6,728.39 |
| **Total Meals and Entertainment 50%** | **7,232.48** |
| Monitoring System | 8,255.00 |
| Office Expense & Supplies | 7,406.36 |
| Employees schedule software (WHEN I WORK) | 108.25 |
| Office schedule software (TIMELY) | 858.76 |
| **Total Office Expense & Supplies** | **8,373.37** |
| Postage and Delivery | 5,272.99 |
| Purchases | 750.00 |
| Rent or Lease | 33,443.96 |
| Repair & Maintenance | 3,447.85 |
| Taxes & Licenses | 709.00 |
| Telephone | 6,560.31 |
| Internet and TV Service | 9,289.26 |
| **Total Telephone** | **15,849.57** |
| Towing & Transport Services | 1,076.00 |
| Travel Expenses | 5,275.96 |
| Lodging | 692.14 |
| Toll & Parking | 3,304.01 |
| Transportation | 554.91 |
| Travel Meals | 612.07 |
| **Total Travel Expenses** | **10,439.09** |
| Utilities | 4,446.51 |
| **Total Overhead** | **262,692.93** |
| Payroll Expenses | 77,885.23 |
| Exempt Wages - Contractor Fees | 41,658.13 |
| Non-Exempt Wages | 671.00 |
| Field Technicians | 723.64 |
| **Total Non-Exempt Wages** | **1,394.64** |
| Taxes | 7,686.11 |
| Federal Taxes (941/944) | 15,110.73 |
| Federal Unemployment (940) | 498.53 |
| TX Unemployment Tax | 313.93 |
| **Total Taxes** | **23,609.30** |
| Wages | 197,525.85 |
| **Total Payroll Expenses** | **342,073.15** |

## Metroplex Locksmith

### Profit and Loss

January 1 - July 1, 2023

| | TOTAL |
|---|---|
| QuickBooks Payments Fees | 110.45 |
| Uncategorized Expense | 29,767.09 |
| Utilities | 540.17 |
| **Total Expenses** | **$749,857.88** |
| NET OPERATING INCOME | $ -402,165.34 |
| Other Income | |
| Cash Back Reward Credit Card | -82.26 |
| Other Income | 9.56 |
| **Total Other Income** | **$ -72.70** |
| NET OTHER INCOME | $ -72.70 |
| NET INCOME | $ -402,238.04 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Metroplex Recovery, LLC**                                              CASE NO

                                                                               CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____09/01/2023_____     Signature _____/s/ Adrian Torres_____
                                                                    Adrian Torres, Managing Member

AIS Portfolio Services, LP
Attn: Ally Bank Department
4515 N. Santa Fe Ave Dept. APS
Oklahoma City, OK 73118

AMA Recovery Group
3131 Eastside St #350
Houston, TX 77098

Antonio Chavez
12801 N Central Expressway St 260
Dallas, TX 75243

Attorney General
PO Box 12017
Austin, TX 78711

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208

CESC
14925 Kinsport Rd
Fort Worth, TX 76155

CIT First Citizens Bank
P.O. Box 856502
Minneapolis, MN 55485

Empire Recovery
10 W. 37th St SE RM 602
New York, NY 10018

Exxon Mobile
P.O. Box 6293
Carol Stream, IL 60197

Ford Motor Credit
PO Box 650575
Dallas, TX 75265

Friedman Suder and Cooke
604 E 4th Street Ste 200
Fort Worth, TX 76102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7340

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Legend Advance Funding II
LLC
10 W 37th St Rm 602
800 Brickell Ave 902
Miami, FL 33131

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207

Mercedes Benz Financial
5450 N Cumberland Ave
Chicago, IL 60656

National Funding
9530 Towne Centre Dr
San Diego, CA 92121

Peac Solutions
P.O. Box 13604
Philadelphia, PA 19101

Pioneer 303 Investments
2026 W Pioneer Pkwy C1
Arlington, TX 76012

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

Sun Valley Industrial Park, LP
4900 Sun Valley Drive
Fort Worth, TX 76102

Texas Alcohol Beverage
Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Employment
Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

Texas Workforce Commission
Regulatory Integrity Division
101 E 15th Street 556
Austin, TX 78778

United States Attorney -
North
1100 Commerce St., Third Floor
Dallas, TX 75242

United States Attorney
General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242

US Department of the
Treasury
PO Box 830794
Birmingham, AL 35283-0794

US Dept of Treasury SBA
P.O. Box 97901
Saint Louis, MO 63197

Wide Merchant Capital
300 Delaware Ave 210
Wilmington, DE 19801