BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Metroplex Recovery, LLC | EXPEDITED HEARING ON MOTION FOR CASH COLLATERAL (8) | Case # 23–42712–mxm11 |
| **DEBTOR** | | |

**TYPE OF HEARING**

Metroplex Recovery, LLC                                VS

**PLAINTIFF / MOVANT**                                                         **DEFENDANT / RESPONDENT**

James M. Morrison

**ATTORNEY**                                                                                **ATTORNEY**

## EXHIBITS

Debtor's Exhibit A ADMITTED–Proposed Budget (ECF 13–2)

Jeanette Almaraz                         9/14/2023                        Mark X. Mullin

REPORTED BY                          HEARING DATE                        JUDGE PRESIDING