**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: Metroplex Recovery, LLC | § | CASE NO. 23-42712-MXM-11 |
| | § | |
| | § | CHAPTER 11 |

**BUSINESS INCOME AND EXPENSES**

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDED information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross income for 12 months prior to filing             $1,581,320.90

PART B - ESTIMATED FUTURE GROSS MONTHLY INCOME

   2. Gross Monthly Income             $80,000.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES

| | |
|---|---:|
| 3. Net Employee Payroll (other than Debtor: | |
| 4. Payroll Taxes: | |
| 5. Unemployment Taxes: | |
| 6. Worker's Compensation: | |
| 7. Contract Labor: | $19,000.00 |
| 8. Other Taxes: | $2,500.00 |
| 9. Inventory Purchases (including raw materials): | $5,000.00 |
| 10. Puchase of Feed/Fertilizer/Seed/Spray: | |
| 11. Rent (other than debtor's principal residence): | $4,250.00 |
| 12. Utilities: | $3,500.00 |
| 13. Office Expenses and Supplies: | $10,000.00 |
| 14. Repairs & Maintenance: | |
| 15. Vehicle Expenses: | $3,000.00 |
| 16. Travel and Entertainment: | |
| 17. Equipment Rental and Leases: | |
| 18. Legal/Accounting/Professional Fees: | $1,500.00 |
| 19. Insurance: | $3,500.00 |
| 20: Employee Benefits (e.g., pension, medical, etc.): | |
| 21: Payments to be Made Directly by the Debtor to Secured Creditors for Pre-petition Business Debts (Specify): | |
|     a. CIT First Citizens Bank | $4,813.00 |
|     b. Mercedes Benz Financial | $4,743.00 |
|     c. Small Business Administration | $9,000.00 |
| 22: Other (Specify): | |
|     a. Management Fee to Managing Member (10%): | $8,000.00 |
| 23: TOTAL MONTHLY EXPENSES  (Add items 3-22) | $78,806.00 |

PART D - ESTIMATED AVERAGE NET INCOME:

   24. AVERAGE NET MONTHLY INCOME (Subtract line 23 from line 2):        $1,194.00