Fill in this information to identify the case:

Debtor Name __Metroplex Recovery, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
                                                                    (State)

Case number (If known): __23-42712-MXM-11(V)__

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JP Morgan Chase bank (7977) | Checking account | 7 9 7 7 | $5,000.00 |
| 3.2. | JPMorgan Chase Bank (mma 4604) | Savings account | 4 6 0 4 | $9,671.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 | Square | $3,300.00 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $17,971.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1 | Pioneer 303 Investments | $4,250.00 |

Debtor   **Metroplex Recovery, LLC**
Name

Case number *(if known)* **23-42712-MXM-11(V)**

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____    _____

    8.2 _____    _____

9.  **Total of Part 2**                                                      | **$4,250.00** |

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____  -  _____  =.....➜    _____
                              face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:    _____  -  _____  =.....➜    _____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

---

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

16.2 _____     _____     _____

| 17. | **Total of Part 4** | | | _____ |
| | Add lines 14 through 16. Copy the total to line 83. | | | |

**Part 5:     Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| Keys | MM / DD / YYYY | $170,000.00 | | $170,000.00 |
| 20.  **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22.  **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

| 23. | **Total of Part 5** | | $170,000.00 |
| | Add lines 19 through 22. Copy the total to line 84. | | |

24.  **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor   **Metroplex Recovery, LLC**                                    Case number *(if known)* _23-42712-MXM-11(V)_
              Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                                       | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **Metroplex Recovery, LLC**                                  Case number *(if known)* **23-42712-MXM-11(V)**
        Name

| | | | |
|---|---|---|---|
| **40.** | **Office fixtures** | | |
| | 6-MERCEDES BENCH ADAPTERS | unknown | $1,800.00 |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | 6-AUTOPROPAD G2 OR BASIC | unknown | $6,000.00 |
| | 6-XHORSE KEY READER | unknown | $2,400.00 |
| | 6-KEY TOOL XHORSE | unknown | $1,200.00 |
| | AUTEL IM608 | unknown | $1,500.00 |
| | 2-AUTOHEX | unknown | $7,000.00 |
| | TOPDON PROGRAMMER | unknown | $500.00 |
| | AVDI BMW | unknown | $1,000.00 |
| | AVDI MERCEDES | unknown | $1,000.00 |
| | MDP PROGRAMMER | unknown | $500.00 |
| | WITECH MICROPOD | unknown | $500.00 |
| | FLEX PROGRAMMER | unknown | $1,000.00 |
| | CAR PROG | unknown | $200.00 |
| | 2-AEZ FLASHER | unknown | $2,000.00 |
| | IDPRO | unknown | $100.00 |
| | LONDSOR | unknown | $500.00 |
| | BENHFORCE HARNESS | unknown | $500.00 |
| | 08D LINK ALFA 08D | unknown | $200.00 |
| | Dell Computer Core i9 XPS with Samsung Monitor | unknown | $500.00 |
| | Asus Computer and 2 LG monitors | unknown | $500.00 |
| | 5 - desktop Dell Computers Inspiron core i3 with monitors | unknown | $2,500.00 |
| | Hp Laserjet P1102 | unknown | $100.00 |
| | hp laserjet pro mf428fdw | unknown | $200.00 |
| | canon mf455dw | unknown | $200.00 |
| | CANON MF445DW | unknown | $200.00 |
| | 6-ILCO SPEED 045 MACHINE | unknown | $2,800.00 |
| | 6-HIGH SECURITY MACHINE XC002 OR XP007 | unknown | $2,100.00 |
| | 6 XHORSE DOLPHIN MACHINE AUTOMATIC | unknown | $10,500.00 |
| | 6-VVDI PROG | unknown | $1,800.00 |
| | 6-VVDI2 | unknown | $6,000.00 |
| | 6 - VVDI MB | unknown | $4,800.00 |

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

---

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp,
coin, or baseball card collections; other collections, memorabilia, or
collectibles

42.1 _____     _____  _____  _____

42.2 _____     _____  _____  _____

42.3 _____     _____  _____  _____

**43.** **Total of Part 7** | | | **$60,100.00**

Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2021 Mercedes-Benz Metris / VIN: W1YV0BEYXM3861234** | $28,597.00 | KBB | $28,597.00 |
| 47.2 **2019 Ford Transit Connect / VIN: NM0LS7F20K1392366** | unknown | | $15,040.00 |
| 47.3 **2019 Ford Transit / VIN: NM0LS7F2XK1397395** | unknown | | $14,862.00 |
| 47.4 **2021 Mercedes-Benz Metris / VIN: W1YV0BEY6M3861652** | unknown | | $24,377.00 |
| 47.5 **2022 Mercedes-Benz Metris / VIN: W1Y40BHY3N1082699** | unknown | | $43,203.00 |
| 47.6 **2021 Mercedes-Benz Metris / VIN: W1YV0BEY3M3846204** | unknown | | $29,545.00 |
| 47.7 **2022 Mercedes-Benz Metris / VIN: W1YV0CEYXN3963740** | unknown | | $39,623.00 |
| 47.8 **2022 Mercedes-Benz Metris / VIN: W1YV0BEY6N3967701** | unknown | | $39,259.00 |
| 47.9 **2021 Mercedes-Benz Metris / VIN: W1YV0CEY8M3856801** | unknown | | $30,745.00 |
| 47.10 **2018 Mercedes-Benz Sprinter / VIN: WD3PE7CD2JP591328** | unknown | | $24,884.00 |
| 47.11 **2020 Ford Transit Connect / VIN: NM0LS7E27L1455014 Debtor holds bare legal title only. Joshua Verduzco holds equitable title by making all the payments and maintaining possession pursuant to a bill of sale. Current FMV is believed to be $19,951.00** | unknown | | $0.00 |
| 47.12 **2022 Mercedes-Benz Metris / VIN: W1YV0BEY8M3855402 May be subject to transfer in Torres divorce decree.** | unknown | | $25,000.00 |

---

Debtor  **Metroplex Recovery, LLC**  Case number *(if known)* **23-42712-MXM-11(V)**
　　　　Name

| | | | |
|---|---|---|---|
| 47.13 **2022 Mercedes-Benz Metris / VIN: W1YV0CEY4N4118053 May be subject to transfer in Torres divorce decree.** | unknown | | $29,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

　　48.1 _____

　　48.2 _____

49. **Aircraft and accessories**

　　49.1 _____

　　49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**
　　Add lines 47 through 50. Copy the total to line 87.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　$344,135.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

　　☑ No
　　☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

　　☑ No
　　☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

　　☑ No. Go to Part 10.
　　☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**
　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| arlingtoncarkeys.com | $50.00 | GoDaddy.com | $50.00 |
| dfwtowingandrecovery.com | $451.00 | GoDaddy.com | $451.00 |
| fortworthcarkeys.com | $409.00 | GoDaddy.com | $409.00 |
| friscocarkeys.com | $50.00 | GoDaddy.com | $50.00 |
| fwlocksmith.com | $1,138.00 | GoDaddy.com | $1,138.00 |
| keyninjas.cn | $50.00 | GoDaddy.com | $50.00 |
| keyninjas.com.cn | $50.00 | GoDaddy.com | $50.00 |
| keyninjas.net | $153.00 | GoDaddy.com | $153.00 |
| keyninjas.net.cn | $50.00 | GoDaddy.com | $50.00 |
| keyninjas.org.cn | $50.00 | GoDaddy.com | $50.00 |
| lauramaidservices.com | $491.00 | GoDaddy.com | $491.00 |
| metroplexadvancedprogrammin.com | $50.00 | GoDaddy.com | $50.00 |
| metroplexlocksmith.com | $1,139.00 | GoDaddy.com | $1,139.00 |
| metroplexmdp.com | $300.00 | GoDaddy.com | $300.00 |
| metroplexrecovery.com | $1,234.00 | GoDaddy.com | $1,234.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64.** **Other intangibles, or intellectual property** | | | |

Debtor   **Metroplex Recovery, LLC**
_____
Name

Case number *(if known)* **23-42712-MXM-11(V)**

| | | |
|---|---|---|
| **Point of Sale Software** | **unknown** | **unknown** |

65. **Goodwill**

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

$5,665.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____  –  _____  = ➡  _____

Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

_____  _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

Nature of claim   _____

Amount requested   _____

Debtor    **Metroplex Recovery, LLC**                                    Case number *(if known)* **23-42712-MXM-11(V)**
           Name

---

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     _____                    _____

     **Nature of claim**        _____

     **Amount requested**        _____

76.  **Trusts, equitable or future interests in property**

     _____                    _____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     _____                    _____

     _____                    _____

78.  **Total of Part 11**                                                ┌──────────┐
                                                                         │          │
     Add lines 71 through 77. Copy the total to line 90.                 └──────────┘

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $17,971.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,250.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83.  **Investments.** *Copy line 17, Part 4.* | | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $170,000.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $60,100.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $344,135.00 | |
| 88.  **Real property.** *Copy line 56, Part 9* ............................................ ➡ | | |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,665.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91.  **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $602,121.00 | + 91b. _____ |
| 92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... | | $602,121.00 |

---

Fill in this information to identify the case:

Debtor name __Metroplex Recovery, LLC__

United States Bankruptcy Court for the: _____ __Northern__ ____ District of ____ __Texas__ _____
                                                                                              (State)

Case number (if known): ____ 23-42712-MXM-11(V) ____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>CIT First Citizens Bank | **Describe debtor's property that is subject to a lien** | $74,602.00 | unknown |

**Creditor's mailing address**
P.O. Box 856502
Minneapolis, MN 55485

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Equipment Loan

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $2,928,561.78

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

CIT First Citizens Bank

**Describe debtor's property that is subject to a lien**

$160,000.00        unknown

**Creditor's mailing address**

P.O. Box 856502

Minneapolis, MN 55485

**Describe the lien**

Equipment Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.   Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Equipment Loan

Debtor    Metroplex Recovery, LLC
_____    Case number (if known) 23-42712-MXM-11(V)
Name

---

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.3** **Creditor's name**

Ford Motor Credit

**Creditor's mailing address**

PO Box 650575

Dallas, TX 75265

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    3  3  6  9

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Ford Motor Credit** ; 2) US Dept of Treasury SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Ford Transit Connect

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

$14,312.00    $15,040.00

---

| Debtor | Metroplex Recovery, LLC | Case number (if known)  23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

P.O. Box 62180

Colorado Springs, CO 75265

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    3  4  3  6

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Ford Motor Credit Company LLC**; 2) US Dept of Treasury SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $14,661.00    $14,862.00

2019 Ford Transit

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

Legend Advance Funding II LLC

**Creditor's mailing address**

10 W 37th St Rm 602

800 Brickell Ave 902

Miami, FL 33131

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    For JPMorgan Chase Bank (mma 4604): 1) US Dept of Treasury SBA; **2) Legend Advance Funding II LLC**; 3) National Funding; 4) Wide Merchant Capital; For JP Morgan Chase bank (7977): 1) US Dept of Treasury SBA; **2) Legend Advance Funding II LLC**; 3) National Funding; 4) Wide Merchant Capital; For Square: 1) US Dept of Treasury SBA; **2) Legend Advance Funding II LLC**; 3) National Funding; 4) Wide Merchant Capital

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**

JPMorgan Chase Bank (mma 4604), JP Morgan Chase bank (7977), Square

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $127,028.00 | $17,971.00 |

| Debtor | Metroplex Recovery, LLC | Case number (if known) | 23-42712-MXM-11(V) |
|--------|--------------------------|------------------------|---------------------|
|        | Name                     |                        |                     |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

Marlin Leasing Corporation

**Creditor's mailing address**

P.O. Box 13604

Philadelphia, PA 19101

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Business Software Loan

**Describe debtor's property that is subject to a lien**

Point of Sale Software

**Describe the lien**

Software purchase

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$127,640.00          unknown

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

**Date debt was incurred**  7/10/2021

**Last 4 digits of account number**  0  0  0  1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Mercedes Benz Financial**;
      2) US Dept of Treasury SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Mercedes-Benz Metris

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| | $27,810.00 | $24,377.00 |
|---|---|---|

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.8 | **Creditor's name** |
|---|---|

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**    $39,264.00    $43,203.00

2022 Mercedes-Benz Metris

**Describe the lien**

**Date debt was incurred** _____

**Last 4 digits of account number** 0 0 0 1

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Mercedes Benz Financial**;
    2) US Dept of Treasury SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Metroplex Recovery, LLC | Case number (if known) | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

**Date debt was incurred**   03/30/2022

**Last 4 digits of account number**   0 0 0 1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **1) Mercedes Benz Financial**;
     2) US Dept of Treasury SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Mercedes-Benz Metris

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| | Column A | Column B |
|---|---|---|
| | $35,640.00 | $29,545.00 |

Debtor   Metroplex Recovery, LLC
_____
Name                                                    Case number (if known) 23-42712-MXM-11(V)

| **Part 1:** | Additional Page | | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.10**  **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

_____

Date debt was                    5/12/2022
incurred

Last 4 digits of           2   0   0   1
account
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Mercedes Benz Financial**;
    2) US Dept of Treasury SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz Metris

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Column A Amount of claim: $35,510.00

Column B Value of collateral: $39,623.00

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11 Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

_____

| **Date debt was incurred** | 04/30/2022 |
|---|---|

| **Last 4 digits of account number** | 9  0  0  1 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.
     **1) Mercedes Benz Financial**; 2) US Dept of Treasury SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz Metris

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $33,070.00

Column B: $39,259.00

| Debtor | Metroplex Recovery, LLC | | Case number (if known) | 23-42712-MXM-11(V) |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.12** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

| **Date debt was incurred** | 7/6/2021 |
|---|---|

| **Last 4 digits of account number** | 2 0 0 1 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Mercedes Benz Financial**;
    2) US Dept of Treasury SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Mercedes-Benz Metris

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| | $59,707.00 | $28,597.00 |
|---|---|---|

| Debtor | Metroplex Recovery, LLC | | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.13** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

**Date debt was incurred**        07/02/2021

**Last 4 digits of account number**        5 0 0 1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **1) Mercedes Benz Financial**;
     2) US Dept of Treasury SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**        $27,727.00        $25,000.00

2022 Mercedes-Benz Metris

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Metroplex Recovery, LLC | Case number (if known) | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|

**2.14** **Creditor's name**

Mercedes Benz Financial

**Describe debtor's property that is subject to a lien**

2021 Mercedes-Benz Metris

| | $59,707.00 | $30,745.00 |
|---|---|---|

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

| **Date debt was incurred** | 7/06/2021 |
|---|---|

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

| **Last 4 digits of account number** | 2   0   0   1 |
|---|---|

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Mercedes Benz Financial**;
      2) US Dept of Treasury SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | _Column A_ <br> **Amount of claim** <br> Do not deduct the value <br> of collateral. | _Column B_ <br> **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.15** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 5 0 0 1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  **1) Mercedes Benz Financial**;
  2) US Dept of Treasury SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Mercedes-Benz Sprinter

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $37,364.00 | $24,884.00 |

Debtor    Metroplex Recovery, LLC
_____
Name

Case number (if known) 23-42712-MXM-11(V)

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.16 Creditor's name**

Mercedes Benz Financial

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz Metris

$37,547.00    $29,000.00

**Creditor's mailing address**

5450 N Cumberland Ave

Chicago, IL 60656

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    09/09/2022

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    2 0 0 1

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) Mercedes Benz Financial**;
2) US Dept of Treasury SBA

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| | | | **Column A** | **Column B** |
|---|---|---|---|---|

| **Part 1:** | Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17** **Creditor's name**

National Funding

**Creditor's mailing address**

9530 Towne Centre Dr

San Diego, CA 92121

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines 2.5

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**     $111,470.00     $17,971.00

JPMorgan Chase Bank (mma 4604), JP Morgan Chase bank (7977), Square

**Describe the lien**

MCA

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Metroplex Recovery, LLC | Case number (if known) 23-42712-MXM-11(V) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18** **Creditor's name**

Tarrant County

**Describe debtor's property that is subject to a lien**

**$209.78** | **unknown**

**Creditor's mailing address**

Linebarger Goggan Blair &
Sampson, LLP
c/o John Kendrick Turner

2777 N. Stemmons Freeway Suite
1000

Dallas, TX 76196

**Describe the lien**

State Tax Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was
incurred**

**Last 4 digits of
account
number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest
in the same property?**

☑ No
☐ Yes. Have you already specified the
relative priority?

　☐ No.  Specify each creditor, including
　　　　this creditor, and its relative
　　　　priority.

　☐ Yes. The relative priority of creditors
　　　　is specified on lines _____

**Remarks:** Ad valorem taxes

| Debtor | Metroplex Recovery, LLC | Case number (if known) | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **Amount of claim** | **Value of collateral that supports this claim** |
|---|---|---|
| | Do not deduct the value of collateral. | |

**2.19** **Creditor's name**

US Dept of Treasury SBA

**Creditor's mailing address**

P.O. Box 97901

Saint Louis, MO 63197

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

JPMorgan Chase Bank (mma 4604), JP Morgan Chase bank (7977), Square, 6-MERCEDES BENCH ADAPTERS, 6-AUTOPROPAD G2 OR BASIC, 6-XHORSE KEY READER, 6-KEY TOOL XHORSE, AUTEL IM608, 2-AUTOHEX, TOPDON PROGRAMMER, AVDI BMW, AVDI MERCEDES, MDP PROGRAMMER, WITECH MICROPOD, FLEX PROGRAMMER, CAR PROG, 2-AEZ FLASHER, IDPRO, LONDSOR, BENHFORCE HARNESS, 08D LINK ALFA 08D, Dell Computer Core i9 XPS with Samsung Monitor, Asus Computer and 2 LG monitors, 5 - desktop Dell Computers Inspiron core i3 with monitors, Hp Laserjet P1102, hp laserjet pro mf428fdw, canon mf455dw, CANON MF445DW, 6-ILCO SPEED 045 MACHINE, 6-HIGH SECURITY MACHINE XC002 OR XP007, 6 XHORSE DOLPHIN MACHINE AUTOMATIC, 6-VVDI PROG, 6-VVDl2, 6 - VVDI MB, 2021 Mercedes-Benz Metris, 2019 Ford Transit Connect, 2019 Ford Transit, 2021 Mercedes-Benz Metris, 2022 Mercedes-Benz Metris, 2021 Mercedes-Benz Metris, 2022 Mercedes-Benz Metris, 2022 Mercedes-Benz Metris, 2021 Mercedes-Benz Metris, 2018 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Metris, 2022 Mercedes-Benz Metris, Keys, fwlocksmith.com, friscocarkeys.com, fortworthcarkeys.com, dfwtowingandrecovery.com, arlingtoncarkeys.com, keyninjas.cn, keyninjas.com.cn, keyninjas.net, keyninjas.org.cn, lauramaidservices.com, metroplexadvancedprogrammin.com, metroplexlocksmith.com, keyninjas.net.cn, metroplexmdp.com, metroplexrecovery.com

| $1,836,900.00 | $597,871.00 |
|---|---|

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Metroplex Recovery, LLC
_____     Case number (if known) _23-42712-MXM-11(V)_
          Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** **Creditor's name**

Wide Merchant Capital

**Creditor's mailing address**

300 Delaware Ave 210

Wilmington, DE 19801

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☑ Yes. The relative priority of creditors is specified on lines _2.5_

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**    $68,393.00    $17,971.00

JPMorgan Chase Bank (mma 4604), JP Morgan Chase bank (7977), Square

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Metroplex Recovery, LLC | Case number (if known) | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| 2.19 | **Creditor's name** | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | US Dept of Treasury SBA | For JPMorgan Chase Bank (mma 4604): **1) US Dept of Treasury SBA**; 2) Legend Advance Funding II LLC; 3) National Funding; 4) Wide Merchant Capital; For JP Morgan Chase bank (7977): **1) US Dept of Treasury SBA**; 2) Legend Advance Funding II LLC; 3) National Funding; 4) Wide Merchant Capital; For Square: **1) US Dept of Treasury SBA**; 2) Legend Advance Funding II LLC; 3) National Funding; 4) Wide Merchant Capital; For 2021 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2019 Ford Transit Connect: 1) Ford Motor Credit ; **2) US Dept of Treasury SBA**; For 2019 Ford Transit: 1) Ford Motor Credit Company LLC; **2) US Dept of Treasury SBA**; For 2021 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2022 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2022 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2022 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2021 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2018 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2022 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA**; For 2022 Mercedes-Benz Metris: 1) Mercedes Benz Financial; **2) US Dept of Treasury SBA** |

| Debtor | Metroplex Recovery, LLC | Case number (if known) | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Stephen G. Wilcox<br>Wilcox Law, PLLC<br>P. O. Box 201849<br>Arlington, TX 76006-1849 | Line 2. _4_ | ___ ___ ___ ___ |
| Peac Solutions<br>P.O. Box 13604<br>Philadelphia, PA 19101 | Line 2. _6_ | ___ ___ ___ ___ |
| Linebarger, Goggan, Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>2777 N Stemmons Frwy, Suite 1000<br>Dallas, TX 75207 | Line 2. _18_ | ___ ___ ___ ___ |
| Dawn Whalen Theiss<br>Assistant U.S. Attorney<br>1100 Commerce St., Suite 300<br>Dallas, TX 75242 | Line 2. _19_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor   Metroplex Recovery, LLC
_____   Case number (if known) 23-42712-MXM-11(V)
         Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
|---|
| Debtor name          Metroplex Recovery, LLC |
| United States Bankruptcy Court for the: |
| Northern District of Texas |
| Case number (if known):     23-42712-MXM-11(V) |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,961.57 | $38,961.57 |
| Internal Revenue Service | ☐ Contingent | | |
| P.O. Box 7346 | ☐ Unliquidated | | |
| Philadelphia, PA 19101-7340 | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** | | |
| 3/31/2023 & 6/30/2023 | | | |
| Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** Remarks: 941 taxes for 3/31/2023 & 6/30/2023 | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 | $500.00 |
| Internal Revenue Service | ☐ Contingent | | |
| P.O. Box 7346 | ☐ Unliquidated | | |
| Philadelphia, PA 19101-7340 | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** | | |
| 2023 | | | |
| Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** Remarks: 940 taxes for 2023 | | | |

| Debtor | **Metroplex Recovery, LLC** | | Case number *(if known)* | **23-42712-MXM-11(V)** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** 

Nonpriority creditor's name and mailing address

**A1 Premier Tax**

**1148 W Pioneer Pkwy**

**Arlington, TX 76013**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$72,211.00

---

**3.2** 

Nonpriority creditor's name and mailing address

**AIS Portfolio Services, LP**

**Attn: Ally Bank Department**

**4515 N. Santa Fe Ave Dept. APS**

**Oklahoma City, OK 73118**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.3** 

Nonpriority creditor's name and mailing address

**AMA Recovery Group**

**3131 Eastside St #350**

**Houston, TX 77098**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.4** 

Nonpriority creditor's name and mailing address

**CESC**

**14925 Kinsport Rd**

**Fort Worth, TX 76155**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.5

**Nonpriority creditor's name and mailing address**

Empire Recovery

10 W. 37th St SE RM 602

New York, NY 10018

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.6

**Nonpriority creditor's name and mailing address**

Exxon Mobile

P.O. Box 6293

Carol Stream, IL 60197

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,669.00

---

### 3.7

**Nonpriority creditor's name and mailing address**

Friedman Suder and Cooke

604 E 4th Street Ste 200

Fort Worth, TX 76102

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.8

**Nonpriority creditor's name and mailing address**

Kel Properties

1922 NE 149th St

Miami, FL 33181

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Deficiency

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,200.00

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.9** **Nonpriority creditor's name and mailing address**

Prince Parker

P.O. Box 474690

Charlotte, NC 28247

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: collecting for AT&T

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$22,093.00

---

**3.10** **Nonpriority creditor's name and mailing address**

Scheef and Hone

500 North Akard St 2700

Dallas, TX 75201

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$5,500.00

---

**3.11** **Nonpriority creditor's name and mailing address**

Sun Valley Industrial Park, LP

4900 Sun Valley Drive

Fort Worth, TX 76102

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$103,165.00

---

**3.12** **Nonpriority creditor's name and mailing address**

Texas Workforce Commission

Office of Attorney General
BK/Collections

P.O. BOX 12548, MC008

Austin, TX 78711

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,401.00

---

| Debtor | **Metroplex Recovery, LLC** | Case number *(if known)* | **23-42712-MXM-11(V)** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,965.00 |
|---|---|---|---|

**Wex Fleet Card**

**1 Hancock Street**

**Portland, ME 04101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **AT&T Wireless** <br> **PO Box 536216** <br> **Atlanta, GA 30353** | Line __3.9__ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**   **U.S. Department of the Treasury** <br> **Bureau of the Fiscal Service** <br> **P.O. Box 1686** <br> **Birmingham, AL 35201** | Line __2.1__ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Metroplex Recovery, LLC** | Case number *(if known)* | **23-42712-MXM-11(V)** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$39,461.57** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$236,204.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$275,665.57** |

Fill in this information to identify the case:

Debtor name _____ Metroplex Recovery, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____ 23-42712-MXM-11(V) _____    Chapter _____ 11 _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial lease / Contract to be ASSUMED  **State the term remaining** — 0 months  **List the contract number of any government contract** — | Pioneer 303 Investments / 2026 W Pioneer Pkwy C1 / Arlington, TX 76012 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | |

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Metroplex Recovery, LLC** |
| United States Bankruptcy Court for the:   **Northern**   District of   **Texas** |
| (State) |
| Case number (If known):   **23-42712-MXM-11(V)** |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Adrian Torres | 401 Hemphill St. Apt. 502 <br> Street <br><br> Fort Worth, TX 76104 <br> City           State           ZIP Code | Empire Recovery | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Friedman Suder and Cooke | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Legend Advance Funding II LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Internal Revenue Service | ☐ D <br> ☑ E/F <br> ☐ G |
| | | US Dept of Treasury SBA | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Marlin Leasing Corporation | ☑ D <br> ☐ E/F <br> ☐ G |
| | | National Funding | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Wide Merchant Capital | ☑ D <br> ☐ E/F <br> ☐ G |
| | | AMA Recovery Group | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Metroplex Recovery, LLC** | Case number (if known) | **23-42712-MXM-11(V)** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | CIT First Citizens Bank | ☑ D ☐ E/F ☐ G |
| | | CIT First Citizens Bank | ☑ D ☐ E/F ☐ G |
| | | Sun Valley Industrial Park, LP | ☐ D ☑ E/F ☐ G |
| | | Ford Motor Credit | ☑ D ☐ E/F ☐ G |
| | | Ford Motor Credit Company LLC | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |
| | | Mercedes Benz Financial | ☑ D ☐ E/F ☐ G |

| Debtor | **Metroplex Recovery, LLC** | Case number (if known) **23-42712-MXM-11(V)** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Mercedes Benz Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name _____ Metroplex Recovery, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): ___ 23-42712-MXM-11(V) ___    Chapter ___ 11 ___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*.................................................................................................
    $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................
    $602,121.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................
    $602,121.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
    $2,928,561.78

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................
    $39,461.57

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................
    + $236,204.00

4. **Total liabilities**..........................................................................................................
    $3,204,227.35
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _____ Metroplex Recovery, LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____ 23-42712-MXM-11(V) _____

☐ Check if this is an
amended filing

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____10/03/2023_____          **X** /s/ Adrian Torres _____
        MM/ DD/ YYYY               Signature of individual signing on behalf of debtor

                                     Adrian Torres _____
                                       Printed name

                                     Manager and Member _____
                                       Position or relationship to debtor

---