Fill in this information to identify the case:

Debtor name: Metroplex Recovery, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 23-42712-MXM-11(V)

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date | ☑ Operating a business<br>☐ Other | $390,578.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022 | ☑ Operating a business<br>☐ Other | $1,814,030.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021 | ☑ Operating a business<br>☐ Other | $1,359,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date | | |
| **For prior year:** From 01/01/2022 to 12/31/2022 | | |
| **For the year before that:** From 01/01/2021 to 12/31/2021 | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ally Financial<br>P.O. Box 9001951<br>Louisville, KY 40290 | 8/10/2023 | $21,111.35 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Carlos Aguilar | 7/20/2023 | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Equipment Purchase |
| 3.3. | Joe Agusto Nexte | | $14,514.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. | Remokeys<br>1325 NW 98th Ct 6<br>Miami, FL 33172 | | $18,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. | Metroplex Advanced Programming, LLC | | $170,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Adrian Torres *Creditor's name*<br>401 Hemphill St. Apt. 502 *Street*<br><br>Fort Worth, TX 76104 *City State ZIP Code*<br>**Relationship to debtor**<br>manager, member | | $0.00 | Owner Draws, Salary, and Contract Management labor (individual transactions and dates are attached hereto and incorporated in this response) |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. *Creditor's name*<br><br>*Street*<br><br>*City State ZIP Code* | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. *Creditor's name*<br><br>*Street*<br><br>*City State ZIP Code* | XXXX–_ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

**7.1.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Sun Valley Industrial Park, LP VS Metroplex Recovery, LLC, ET AL and Adrian M. Torres | Lawsuit | In the District Court of Tarrant County 67th District | ☐ Pending ☐ On appeal ☑ Concluded |

**Case number**

067-341330-23

Street

Fort Worth, TX
City              State    ZIP Code

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City              State    ZIP Code

**Date of order or assignment**

City              State    ZIP Code

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City              State    ZIP Code

**Recipient's relationship to debtor**

Debtor  Metroplex Recovery, LLC                                    Case number *(if known)*  23-42712-MXM-11(V)
Name

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1. _____   _____   _____   _____

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lee Law Firm, PLLC | Attorney's Fee | 8/24/2023 | $11,262.00 |

**Address**

8701 Bedford Euless Rd 510
Street

Hurst, TX 76053
City            State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1. | | | | |
| | **Trustee** | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **5**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Jose Hiram Martinez and Arlene Martinez | Paid off existing loan and some cash. Debtor trying to get closing statement from Alamo Title. | February 2023 | $210,000.00 |

**Address**

1321 East Arlington Ave.
Street

Fort Worth, TX 76104
City          State     ZIP Code

**Relationship to debtor**

None

13.2.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Joshue Verduzco | Executed Bill of Sale of 2020 Ford Transit for $24,000; paid off lien with Ally Financial. | 5/11/2023 | (Unknown) |

**Address**

635 Bluegrass Dr.
Street

Dallas, TX 75211
City          State     ZIP Code

**Relationship to debtor**

None

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. 4900 Sun Valley Dr.                                    From  6/2020    To  3/2023
      Street

      Fort Worth, TX 76119
      City          State     ZIP Code

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br><br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____
   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  Metroplex Recovery, LLC
      Name

Case number (if known)  23-42712-MXM-11(V)

| 18.1 | JP Morgan Chase | XXXX– 3 7 3 0 | ☑ Checking | 3/2023 | $0.00 |
| | Name | | ☐ Savings | | |
| | PO Box 24785 | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | Columbus, OH 43224 | | | | |
| | City        State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City    State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City    State   ZIP Code | | | |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City        State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

    | Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|
    | | Name / Street / City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|
    | Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|
    | Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

Debtor   Metroplex Recovery, LLC
        Name

Case number *(if known)*   23-42712-MXM-11(V)

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.
Name
Street
City   State   ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____  To _____

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. Easy Books PLLC
       Name
       1400 Preston Road, #400
       Street

       Plano, TX 75093
       City   State   ZIP Code

From 2019   To Present

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.
       Name
       Street
       City   State   ZIP Code

From _____   To _____

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
       Easy Books PLLC
       Name
       1400 Preston Road, #400
       Street

       Plano, TX 75093
       City   State   ZIP Code

Debtor  Metroplex Recovery, LLC  
     Name

Case number *(if known)* 23-42712-MXM-11(V)

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  
Name  
Street  
City    State    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  
Name  
Street  
City    State    ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adrian Torres | 401 Hemphill St. Apt. 502 Fort Worth, TX 76104 | Manager, Member | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Debtor | Metroplex Recovery, LLC | Case number (if known) | 23-42712-MXM-11(V) |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Adrian Torres <br> Name <br> 401 Hemphill St. Apt. 502 <br> Street <br> <br> Fort Worth, TX 76104 <br> City          State      ZIP Code | | | Owner Draws, Salary, and Contract Management labor (individual transactions and dates are attached hereto related to Question #4 and incorporated in this response) |
| **Relationship to debtor** | | | |
| manager, member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____10/03/2023____
             MM/ DD/ YYYY

**X** /s/ Adrian Torres                Printed name _____Adrian Torres_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Manager and Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

SOFA Question 4 – Payments to Adrian Torres or benefiting Adrian Torres

## Metroplex Locksmith

### Account QuickReport
Since September 20, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Drawings by Owner | | | | | | | |
| Beginning Balance | | | | | | | -519,639.12 |
| 09/23/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15363821013 09/23 | Drawings by Owner | -2,000.00 | -521,639.12 |
| 09/24/2022 | Expense | | Babyboo | | Drawings by Owner | -299.23 | -521,938.35 |
| 09/25/2022 | Expense | | Bikini Village | | Drawings by Owner | -311.75 | -522,250.10 |
| 09/25/2022 | Expense | | Aroma Islands Perfume | | Drawings by Owner | -483.74 | -522,733.84 |
| 09/28/2022 | Expense | | | Online Transfer to CHK ...0079 t ransaction#: 15403912341 09/28 | Drawings by Owner | -1,210.00 | -523,943.84 |
| 09/30/2022 | Expense | | SEPHORA | | Drawings by Owner | -332.33 | -524,276.17 |
| 10/03/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15452072308 10/03 | Drawings by Owner | -4,000.00 | -528,276.17 |
| 10/12/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15519863891 10/12 | Drawings by Owner | -2,000.00 | -530,276.17 |
| 10/15/2022 | Expense | | Petsmart | | Drawings by Owner | -318.44 | -530,594.61 |
| 10/17/2022 | Expense | | Dazn | DAZN US 646-6669971 NY 10/17 | Drawings by Owner | -21.64 | -530,616.25 |
| 10/17/2022 | Expense | | Zara | | Drawings by Owner | -91.80 | -530,708.05 |
| 10/17/2022 | Expense | | Zara | | Drawings by Owner | -531.65 | -531,239.70 |
| 10/18/2022 | Expense | | CG Smile | | Drawings by Owner | -300.00 | -531,539.70 |
| 10/18/2022 | Expense | | Neiman Marcus | | Drawings by Owner | -385.20 | -531,924.90 |
| 10/18/2022 | Expense | | Neiman Marcus | | Drawings by Owner | -1,385.65 | -533,310.55 |
| 10/19/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15583412889 10/19 | Drawings by Owner | -700.00 | -534,010.55 |

SOFA Question 4 – Payments to Adrian Torres or benefiting Adrian Torres

## Metroplex Locksmith

### Account QuickReport
Since September 20, 2022

| Date | Type | Payee | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/20/2022 | Expense | Foot Locker | | Drawings by Owner | -226.83 | -534,237.38 |
| 10/20/2022 | Expense | | Online Transfer to CHK ...6105 t ransaction#: 15586879517 10/20 | Drawings by Owner | -176.00 | -534,413.38 |
| 10/20/2022 | Expense | American Eagle Outfit | | Drawings by Owner | -12.82 | -534,426.20 |
| 10/20/2022 | Expense | AEROPOSTALE | | Drawings by Owner | -57.67 | -534,483.87 |
| 10/20/2022 | Expense | Aldo | | Drawings by Owner | -164.76 | -534,648.63 |
| 10/20/2022 | Expense | American Eagle Outfit | | Drawings by Owner | -203.11 | -534,851.74 |
| 10/20/2022 | Expense | Macy's | | Drawings by Owner | -380.55 | -535,232.29 |
| 10/20/2022 | Expense | Mila Belts | | Drawings by Owner | -23.53 | -535,255.82 |
| 10/20/2022 | Expense | Charlotte Russe | | Drawings by Owner | -24.06 | -535,279.88 |
| 10/20/2022 | Expense | The Shop | | Drawings by Owner | -243.70 | -535,523.58 |
| 10/20/2022 | Expense | Bath & Body Works | | Drawings by Owner | -66.88 | -535,590.46 |
| 10/20/2022 | Expense | Victoria's Secret | | Drawings by Owner | -318.65 | -535,909.11 |
| 10/22/2022 | Expense | SEPHORA | | Drawings by Owner | -188.75 | -536,097.86 |
| 10/31/2022 | Deposit | | Online Transfer from CHK ...6105 transaction#: 15661444064 | Drawings by Owner | 20,000.00 | -516,097.86 |
| 10/31/2022 | Expense | | Online Transfer to CHK ...6105 t ransaction#: 15661440257 10/31 | Drawings by Owner | -20,000.00 | -536,097.86 |
| 11/01/2022 | Transfer | | | Drawings by Owner | -3,000.00 | -539,097.86 |
| 11/02/2022 | Expense | | Online Transfer to CHK ...0079 t ransaction#: 15693531121 11/02 | Drawings by Owner | -1,815.00 | -540,912.86 |
| 11/03/2022 | Expense | | Online Transfer to CHK ...6105 t ransaction#: 15707648099 11/03 | Drawings by Owner | -500.00 | -541,412.86 |
| 11/07/2022 | Expense | | Online Transfer to CHK ...6105 t ransaction#: | Drawings by | -3,500.00 | -544,912.86 |

| | | | Metroplex Locksmith |
|---|---|---|---|

SOFA Question 4 – Payments to Adrian Torres or benefiting Adrian Torres

Account QuickReport
Since September 20, 2022

| Date | Type | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | 15727417928 11/07 | Owner | | |
| 11/07/2022 | Expense | | Online Transfer to CHK ...6105 transaction#: 15727878727 11/07 | Drawings by Owner | -500.00 | -545,412.86 |
| 11/07/2022 | Expense | | Online Transfer to CHK ...6105 transaction#: 15727878120 11/07 | Drawings by Owner | -600.00 | -546,012.86 |
| 11/10/2022 | Expense | Revolve | | Drawings by Owner | -333.41 | -546,346.27 |
| 11/10/2022 | Expense | Farfetch | | Drawings by Owner | -400.53 | -546,746.80 |
| 11/12/2022 | Expense | West 7 Nail Bar | | Drawings by Owner | -71.05 | -546,817.85 |

| SOFA Question 4 – Payments to Adrian Torres or benefiting Adrian Torres |
|---|

# Metroplex Locksmith

## Account QuickReport
### Since September 20, 2022

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 11/14/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15767065875 11/14 | Drawings by Owner | | -300.00 | -547,117.85 |
| 11/14/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15766708127 11/14 | Drawings by Owner | | -1,000.00 | -548,117.85 |
| 11/15/2022 | Expense | | Victoria's Secret | | Drawings by Owner | | -358.09 | -548,475.94 |
| 11/17/2022 | Expense | | Dazn | DAZN US 646-6669971 NY 11/17 | Drawings by Owner | | -21.64 | -548,497.58 |
| 11/18/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15829868396 11/18 | Drawings by Owner | | -2,000.00 | -550,497.58 |
| 11/18/2022 | Expense | | | WITHDRAWAL 11/18 | Drawings by Owner | | -15,000.00 | -565,497.58 |
| 11/21/2022 | Expense | | Zara | ZARA USA 3486 DALLAS TX 11/18 | Drawings by Owner | | -645.62 | -566,143.20 |
| 11/21/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15836088687 11/21 | Drawings by Owner | | -300.00 | -566,443.20 |
| 11/28/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15898064418 11/28 | Drawings by Owner | | -800.00 | -567,243.20 |
| 12/02/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15943503036 12/02 | Drawings by Owner | | -5,000.00 | -572,243.20 |
| 12/07/2022 | Deposit | | | Online Transfer from CHK ...6105 transaction#: 15983057776 | Drawings by Owner | | 8,700.00 | -563,543.20 |
| 12/07/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15983028613 12/07 | Drawings by Owner | | -300.00 | -563,843.20 |
| 12/08/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15991688924 12/08 | Drawings by Owner | | -100.00 | -563,943.20 |
| 12/08/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 15987384883 12/08 | Drawings by Owner | | -1,000.00 | -564,943.20 |
| 12/09/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16000155952 12/09 | Drawings by Owner | | -2,000.00 | -566,943.20 |
| 12/12/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16009049897 12/12 | Drawings by Owner | | -500.00 | -567,443.20 |
| 12/14/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16038533968 12/14 | Drawings by Owner | | -1,000.00 | -568,443.20 |
| 12/15/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16045767743 12/15 | Drawings by Owner | | -1,000.00 | -569,443.20 |
| 12/16/2022 | Deposit | | | Online Transfer from CHK ...0079 transaction#: 16054795988 | Drawings by Owner | | 2,210.00 | -567,233.20 |
| 12/19/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16076649019 12/19 | Drawings by Owner | | -200.00 | -567,433.20 |
| 12/20/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16083274401 12/20 | Drawings by Owner | | -800.00 | -568,233.20 |
| 12/28/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16144694130 12/28 | Drawings by Owner | | -3,000.00 | -571,233.20 |
| 12/28/2022 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16143124731 12/28 | Drawings by Owner | | -500.00 | -571,733.20 |
| 01/03/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16177309916 01/03 | Drawings by Owner | | -1,000.00 | -572,733.20 |
| 01/03/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16171720607 01/03 | Drawings by Owner | | -2,000.00 | -574,733.20 |
| 01/03/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16200985060 01/03 | Drawings by Owner | | -3,000.00 | -577,733.20 |
| 01/03/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16186085521 01/03 | Drawings by Owner | | -2,000.00 | -579,733.20 |
| 01/05/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16210878014 01/05 | Drawings by Owner | | -200.00 | -579,933.20 |
| 01/05/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16210666605 01/05 | Drawings by Owner | | -2,400.00 | -582,333.20 |
| 01/05/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16210669375 01/05 | Drawings by Owner | | -2,000.00 | -584,333.20 |
| 01/06/2023 | Expense | | Dazn | DAZN US 646-6669971 NY 01/05 | Drawings by Owner | | -21.64 | -584,354.84 |
| 01/08/2023 | Expense | | Zara | | Drawings by Owner | | -632.31 | -584,987.15 |
| 01/09/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16235848934 01/09 | Drawings by Owner | | -1,000.00 | -585,987.15 |
| 01/09/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16241220919 01/09 | Drawings by Owner | | -500.00 | -586,487.15 |
| 01/10/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16257557032 01/10 | Drawings by Owner | | -600.00 | -587,087.15 |
| 01/10/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16259946662 01/10 | Drawings by Owner | | -200.00 | -587,287.15 |
| 01/12/2023 | Expense | | The Garage Men's Groom | MENS WEARHOUSE #1238 ARLINGTON T X     01/11 | Drawings by Owner | | -286.85 | -587,574.00 |
| 01/17/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16297298799 01/17 | Drawings by Owner | | -500.00 | -588,074.00 |
| 01/17/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16297281464 01/17 | Drawings by Owner | | -600.00 | -588,674.00 |
| 01/17/2023 | Expense | | The Garage Men's Groom | THE GARAGE MEN'S GROOMI BURLESON TX     01/15 | Drawings by Owner | | -55.00 | -588,729.00 |
| 01/17/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16295108931 01/17 | Drawings by Owner | | -280.00 | -589,009.00 |
| 01/20/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16333157016 01/20 | Drawings by | | -1,500.00 | - |

# Metroplex Locksmith

## Account QuickReport
### Since September 20, 2022

SOFA Question 4 – Payments to Adrian Torres or benefiting Adrian Torres

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Owner | | | 590,509.00 |
| 01/20/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16333383766 01/20 | Drawings by Owner | | -2,000.00 | -592,509.00 |
| 01/23/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16347279022 01/23 | Drawings by Owner | | -400.00 | -592,909.00 |
| 02/03/2023 | Expense | | | NON-CHASE ATM WITHDRAW 396486  02/022551 MEAC | Drawings by Owner | | -403.95 | -593,312.95 |
| 02/03/2023 | Deposit | | | Online Transfer from CHK ...0079 transaction#: 16465355983 | Drawings by Owner | | 20,000.00 | -573,312.95 |
| 02/06/2023 | Deposit | | | Online Transfer from CHK ...6105 transaction#: 16491791018 | Drawings by Owner | | 21,000.00 | -552,312.95 |
| 02/07/2023 | Deposit | | | Online Transfer from CHK ...6105 transaction#: 16503972194 | Drawings by Owner | | 10,000.00 | -542,312.95 |
| 02/08/2023 | Deposit | | | Online Transfer from CHK ...6105 transaction#: 16511422051 | Drawings by Owner | | 4,000.00 | -538,312.95 |
| 02/09/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16528459362 02/09 | Drawings by Owner | | -5,000.00 | -543,312.95 |
| 02/13/2023 | Deposit | | | Online Transfer from CHK ...0079 transaction#: 16551203980 | Drawings by Owner | | 18,000.00 | -525,312.95 |
| 02/21/2023 | Deposit | | | Online Transfer from CHK ...6105 transaction#: 16615340203 | Drawings by Owner | | 14,000.00 | -511,312.95 |
| 02/21/2023 | Expense | | | NON-CHASE ATM WITHDRAW 860399  02/192345 MEAC | Drawings by Owner | | -209.95 | -511,522.90 |
| 02/24/2023 | Deposit | | | Online Transfer from CHK ...0079 transaction#: 16657924615 | Drawings by Owner | | 10,500.00 | -501,022.90 |
| 03/01/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16715260803 | Drawings by Owner | | 375.70 | -500,647.20 |
| 03/01/2023 | Expense | | | Online Transfer to CHK ...0079 t ransaction#: 16709233243 03/01 | Drawings by Owner | | -2,595.00 | -503,242.20 |
| 03/03/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16736840771 | Drawings by Owner | | 1,722.00 | -501,520.20 |
| 03/06/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16762059429 | Drawings by Owner | | 679.00 | -500,841.20 |
| 03/08/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16773669353 | Drawings by Owner | | 1,355.00 | -499,486.20 |
| 03/09/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16782950162 | Drawings by Owner | | 1,414.00 | -498,072.20 |
| 03/10/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16792222166 | Drawings by Owner | | 1,172.00 | -496,900.20 |
| 03/13/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16819086991 | Drawings by Owner | | 2,775.00 | -494,125.20 |
| 03/14/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16822305620 | Drawings by Owner | | 2,104.99 | -492,020.21 |
| 03/15/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16830416951 | Drawings by Owner | | 1,037.00 | -490,983.21 |
| 03/20/2023 | Expense | | | NON-CHASE ATM WITHDRAW 005745  03/19H S B C R | Drawings by Owner | | -404.28 | -491,387.49 |
| 03/20/2023 | Expense | | | WITHDRAWAL 03/20 | Drawings by Owner | | -10,000.00 | -501,387.49 |
| 03/20/2023 | Deposit | | | Online Transfer from CHK ...6105 transaction#: 16863043775 | Drawings by Owner | | 3,500.00 | -497,887.49 |
| 03/21/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16879132897 03/21 | Drawings by Owner | | -1,000.00 | -498,887.49 |
| 03/22/2023 | Deposit | | | Online Transfer from CHK ...6288 transaction#: 16893223429 | Drawings by Owner | | 7,828.00 | -491,059.49 |
| 03/27/2023 | Expense | | | Online Transfer to CHK ...6105 t ransaction#: 16913827404 03/27 | Drawings by Owner | | -2,000.00 | -493,059.49 |
| 03/31/2023 | Transfer | | | | Drawings by Owner | | -2,000.00 | -495,059.49 |
| 03/31/2023 | Transfer | | | | Drawings by Owner | | -2,000.00 | -497,059.49 |
| 04/03/2023 | Transfer | | | | Drawings by Owner | | 1,761.00 | -495,298.49 |
| 04/03/2023 | Transfer | | | | Drawings by Owner | | -1,000.00 | -496,298.49 |
| 04/03/2023 | Transfer | | | | Drawings by Owner | | 5,299.00 | -490,999.49 |
| 04/04/2023 | Transfer | | | | Drawings by Owner | | 577.67 | -490,421.82 |
| 04/06/2023 | Expense | | | NON-CHASE ATM WITHDRAW 711852  04/05SUC YAQUI MX Nu Peso 9000.00 X 0.05528792 (EXCHG RTE) | Drawings by Owner | | -500.15 | -490,921.97 |
| 04/07/2023 | Transfer | | | | Drawings by Owner | | 1,172.00 | -489,749.97 |
| 04/07/2023 | Transfer | | | | Drawings by Owner | | 1,434.00 | -488,315.97 |
| 04/10/2023 | Transfer | | | | Drawings by Owner | | 3,332.00 | -484,983.97 |
| 04/11/2023 | Transfer | | | | Drawings by Owner | | 322.00 | -484,661.97 |
| 04/13/2023 | Transfer | | | | Drawings by Owner | | 1,821.00 | -482,840.97 |
| 04/13/2023 | Transfer | | | | Drawings by Owner | | 757.00 | -482,083.97 |

# Metroplex Locksmith

## Account QuickReport
### Since September 20, 2022

SOFA Question 4 – Payments to Adrian Torres or benefiting Adrian Torres

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/14/2023 | Transfer | | | | Drawings by Owner | | 1,516.00 | -480,567.97 |
| 04/18/2023 | Transfer | | | | Drawings by Owner | | 1,378.00 | -479,189.97 |
| 04/18/2023 | Transfer | | | | Drawings by Owner | | 2,557.00 | -476,632.97 |
| 04/19/2023 | Transfer | | | | Drawings by Owner | | 1,365.00 | -475,267.97 |
| 04/19/2023 | Transfer | | | | Drawings by Owner | | -200.00 | -475,467.97 |
| 04/20/2023 | Transfer | | | | Drawings by Owner | | 1,288.00 | -474,179.97 |
| 04/21/2023 | Transfer | | | | Drawings by Owner | | 2,916.00 | -471,263.97 |
| 04/24/2023 | Transfer | | | | Drawings by Owner | | 3,117.00 | -468,146.97 |
| 04/26/2023 | Transfer | | | | Drawings by Owner | | 1,241.00 | -466,905.97 |
| 04/26/2023 | Transfer | | | | Drawings by Owner | | -2,000.00 | -468,905.97 |
| 05/01/2023 | Transfer | | | | Drawings by Owner | | -227.00 | -469,132.97 |
| 05/01/2023 | Transfer | | | | Drawings by Owner | | -500.00 | -469,632.97 |
| 05/01/2023 | Transfer | | | | Drawings by Owner | | -500.00 | -470,132.97 |
| 05/02/2023 | Transfer | | | | Drawings by Owner | | 2,875.00 | -467,257.97 |
| 05/03/2023 | Transfer | | | | Drawings by Owner | | 1,316.00 | -465,941.97 |
| 05/03/2023 | Transfer | | | | Drawings by Owner | | 1,300.00 | -464,641.97 |
| 05/04/2023 | Transfer | | | | Drawings by Owner | | 909.00 | -463,732.97 |
| 05/04/2023 | Transfer | | | | Drawings by Owner | | 1,198.00 | -462,534.97 |
| 05/05/2023 | Transfer | | | | Drawings by Owner | | 1,171.23 | -461,363.74 |
| 05/05/2023 | Transfer | | | | Drawings by Owner | | -500.00 | -461,863.74 |
| 05/05/2023 | Transfer | | | | Drawings by Owner | | 536.00 | -461,327.74 |
| 05/05/2023 | Transfer | | | | Drawings by Owner | | -100.00 | -461,427.74 |
| 05/08/2023 | Transfer | | | | Drawings by Owner | | -500.00 | -461,927.74 |
| 05/08/2023 | Transfer | | | | Drawings by Owner | | -300.00 | -462,227.74 |
| 05/08/2023 | Transfer | | | | Drawings by Owner | | -300.00 | -462,527.74 |
| 05/09/2023 | Transfer | | | | Drawings by Owner | | 1,810.00 | -460,717.74 |
| 05/10/2023 | Transfer | | | | Drawings by Owner | | 1,699.00 | -459,018.74 |
| 05/12/2023 | Transfer | | | | Drawings by Owner | | 2,704.00 | -456,314.74 |
| 05/15/2023 | Transfer | | | | Drawings by Owner | | 5,000.00 | -451,314.74 |
| 05/15/2023 | Transfer | | | | Drawings by Owner | | 2,000.00 | -449,314.74 |
| 05/17/2023 | Transfer | | | | Drawings by Owner | | 1,785.00 | -447,529.74 |
| 05/18/2023 | Transfer | | | | Drawings by Owner | | 2,332.00 | -445,197.74 |
| 06/06/2023 | Expense | | | Atm WITHDRAWL | Drawings by Owner | | -300.00 | -445,497.74 |
| 06/08/2023 | Expense | | | | Drawings by Owner | | -100.00 | -445,597.74 |
| 06/12/2023 | Expense | | | | Drawings by Owner | | -698.00 | -446,295.74 |
| 06/22/2023 | Expense | | | | Drawings by Owner | | -2,425.00 | -448,720.74 |
| 06/26/2023 | Expense | | | | Drawings by Owner | | -250.00 | -448,970.74 |
| 06/26/2023 | Expense | | | | Drawings by Owner | | -317.00 | -449,287.74 |
| 06/27/2023 | Expense | | | Atm WITHDRAWL | Drawings by Owner | | -127.00 | -449,414.74 |
| 06/28/2023 | Expense | | | | Drawings by Owner | | -200.00 | -449,614.74 |
| 06/28/2023 | Expense | | | | Drawings by Owner | | -500.00 | -450,114.74 |
| 06/28/2023 | Expense | | | | Drawings by Owner | | -200.00 | - |

# Metroplex Locksmith

## Account QuickReport

Since September 20, 2022

SOFA Question 4 – Payments to Adrian Torres or benefiting Adrian Torres

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Owner | | | 450,314.74 |
| 07/05/2023 | Expense | | | | Drawings by | | -500.00 | - |
| | | | | | Owner | | | 450,814.74 |
| 07/06/2023 | Expense | | | | Drawings by | | -1,383.00 | - |
| | | | | | Owner | | | 452,197.74 |
| 07/06/2023 | Expense | | | | Drawings by | | -100.00 | - |
| | | | | | Owner | | | 452,297.74 |
| 07/10/2023 | Expense | | | | Drawings by | | -500.00 | - |
| | | | | | Owner | | | 452,797.74 |
| 07/10/2023 | Expense | | | | Drawings by | | -500.00 | - |
| | | | | | Owner | | | 453,297.74 |
| 07/10/2023 | Expense | | | | Drawings by | | -1,000.00 | - |
| | | | | | Owner | | | 454,297.74 |
| 07/10/2023 | Expense | | | | Drawings by | | -100.00 | - |
| | | | | | Owner | | | 454,397.74 |
| 07/11/2023 | Expense | | | | Drawings by | | -1,000.00 | - |
| | | | | | Owner | | | 455,397.74 |
| 07/11/2023 | Expense | | Atm WITHDRAWL | | Drawings by | | -387.00 | - |
| | | | | | Owner | | | 455,784.74 |
| **Total for Drawings by Owner** | | | | | | | **$63,854.38** | |
| **TOTAL** | | | | | | | **$63,854.38** | |

SOFA Question 4 - Payments to Adrian Torres:

| Name | Date | Amount | | Date | Amount |
|---|---|---|---|---|---|
| Adrian Torres | 09/23/2022 | $ 3,418.39 | | 01/07/2023 | $ 2,088.40 |
| | 09/30/2022 | $ 2,540.73 | | 01/14/2023 | $ 2,430.55 |
| | 10/07/2022 | $ 3,280.87 | | 01/21/2023 | $ 2,558.30 |
| | 10/14/2022 | $ 2,806.69 | | 01/28/2023 | $ 3,151.59 |
| | 10/21/2022 | $ 3,261.34 | | 02/04/2023 | $ 2,752.11 |
| | 10/28/2022 | $ 3,056.00 | | 02/11/2023 | $ 1,617.39 |
| | 11/04/2022 | $ 2,798.56 | | 02/18/2023 | $ 2,825.89 |
| | 11/18/2022 | $ 2,971.63 | | 02/25/2023 | $ 2,190.57 |
| | 11/19/2022 | $ 2,971.63 | | 03/04/2023 | $ 2,412.23 |
| | 11/25/2022 | $ 2,825.25 | | 03/11/2023 | $ 2,535.75 |
| | 12/02/2022 | $ 2,043.94 | | 03/18/2023 | $ 2,533.05 |
| | 12/09/2022 | $ 2,574.95 | | 03/25/2023 | $ 2,309.05 |
| | 12/16/2022 | $ 3,100.20 | | 04/01/2023 | $ 2,033.41 |
| | 12/23/2022 | $ 3,118.06 | | 04/08/2023 | $ 1,991.22 |
| | 12/31/2022 | $ 2,062.44 | | 04/15/2023 | $ 1,719.57 |
| | | | | 04/22/2023 | $ 1,919.97 |
| | | | | 04/29/2023 | $ 2,099.79 |
| | | | | 05/06/2023 | $ 1,652.35 |
| | | | | 05/13/2023 | $ 1,628.21 |
| | | | | 05/20/2023 | $ 1,913.49 |
| | | | | 05/27/2023 | $ 1,707.22 |
| | | | | 06/03/2023 | $ 1,711.90 |
| | | | | 06/10/2023 | $ 1,010.10 |
| | | | | 06/17/2023 | $ 659.46 |
| | | | | 06/24/2023 | $ 1,202.18 |
| | | | | 07/01/2023 | $ 1,208.62 |
| | | | | 07/08/2023 | $ 895.34 |
| | | | | 07/15/2023 | $ 1,081.20 |
| | | | | 07/22/2023 | $ 1,462.29 |
| | | | | 07/29/2023 | $ 1,361.83 |
| | | | | 08/05/2023 | $ 618.70 |
| | | | | 08/12/2023 | $ 860.99 |
| | | | | 08/19/2023 | $ 711.69 |
| | | | | 08/26/2023 | $ 751.36 |
| | | | | 09/02/2023 | $ 723.00 |