


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 13, 2023**

**United States Bankruptcy Judge**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Metroplex Recovery, LLC, | § | Case No.    23-42712-MXM-11 |
| | § | |
| Debtor-in-Possession. | § | |

### Agreed Order Dismissing Case
[resolving docket no. 39]

Came on for consideration, the *United States Trustee's Motion to Dismiss Case under 11 U.S.C. § 1112(b)* [docket no. 39]. The Court finds that cause exists to dismiss this case without prejudice, and that Debtor agrees to the requested relief. The Court therefore

**ORDERS** that this case shall be **DISMISSED** without prejudice.

### End of Order ###

Agreed:

*/s/ Jim Morrison (w/permission)*
Jim Morrison
Counsel for Debtor

*/s/ Frances Smith (w/permission)*
Frances Smith
Subchapter V Trustee


*/s/ Emily Wall*
Emily Wall
Counsel for John Dee Spicer,
Chapter 7 Trustee for Adrian Modesto Torres (case 23-41966)


*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young,
Counsel for the United States Trustee


Proposed Form of Order Drafted By:

Elizabeth Ziegler Young
Trial Attorney
Texas State Bar No. 24086345
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1247
elizabeth.a.young@usdoj.gov